FILED
2024 Jul-19  AM 11:04
U.S. DISTRICT COURT
N.D. OF ALABAMA

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ALABAMA**
**MIDDLE DIVISION**

**UNITED STATES OF AMERICA,**

**v.**                                                   **4:23-cr-383-CLM-NAD-3**

**DHRUV GARGI,**
      Defendant.

## ORDER

The court sets a sentencing hearing for Defendant Dhruv Gargi on **Friday, November 15, 2024 at 10:00 A.M.** United States Courthouse, Anniston, AL.

Federal Rule of Criminal Procedure 32(F) requires that within 14 days of receiving the presentence report from the Probation Office, the parties communicate in writing to the probation officer, and to each other, any objections to the presentence report. In accordance with that Rule, the court **ORDERS** that the parties file such objections with the Clerk of Court. If the defendant intends to waive the 35-day disclosure requirement under Fed. R. Crim. Proc. 32(e)(2), the parties must file written objections within a reasonable time before sentencing for consideration by the court.

In the absence of exceptionally good cause, the court will not consider objections or any other filings filed after **12:00 PM on Tuesday, November 12, 2024.**

**Done** and **Ordered** on July 19, 2024.

_____
**COREY L. MAZE**
UNITED STATES DISTRICT JUDGE