FILED
2024 Oct-15  PM 05:02
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# <u>MIDDLE DIVISION</u>

**UNITED STATES OF AMERICA**

**v.**

**DHRUV GARGI,**

     **Defendant**

**Case No. 4:23-cr-383-CLM-NAD**

## <u>JOINT MOTION TO CONTINUE SENTENCING</u>

The United States and the Defendant Dhruv Gargi jointly move to continue the sentencing set for November 15, 2024, in this case. The Parties propose that this sentencing be continued generally and that they provide an update to the Court through Chambers' email every 60 days on whether this matter is ready to be reset.

Respectfully submitted,

PRIM F. ESCALONA
United States Attorney

*/s/ John M. Hundscheid*
John M. Hundscheid
Assistant United States Attorney

*/s/ William H Broome*
William H Broome
Attorney for Dhruv Gargi

## CERTIFICATE OF SERVICE

I hereby certify that on October 15, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of the filing to all counsel of record.

/s/ John M. Hundscheid
John M. Hundscheid
Assistant United States Attorney