# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>v.<br><br>**ANDRE JOHANNES ISCHLER SIMONET,**<br>    Defendant. | **Case No. 4:23-cr-383-CLM-NAD** |

## ORDER

Defendant Andre Johannes Ischler Simonet has filed an unopposed motion to continue deadlines (doc. 219). For the reasons set forth in Simonet's motion (doc. 219), the court finds that the ends of justice served by continuing this case's deadlines, outweigh the best interest of the public and the defendant in a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A). The court also finds that Mr. Simonet's current medical condition and need to arrange trial from Minnesota to Alabama further support a finding that the ends of justice served by a continuance outweigh the best interest of the public and the defendant in a speedy trial.

The court thus **GRANTS** Simonet's motion to continue (doc. 219). The time between today's date and **October 17, 2025**, is excludable time for purposes of the Speedy Trial Act, 18 U.S.C. § 3161.

The court **CANCELS** the telephone status conference that was set for August 19, 2025, at 2:30 PM.

**Done** and **Ordered** on August 18, 2025.

_____
**COREY L. MAZE**
UNITED STATES DISTRICT JUDGE