PTS Court Report
11/2020

UNITED STATES DISTRICT COURT
for the
Northern District of Alabama

## Report on Defendant Under Pretrial Supervision

**Type of Report:**  ☐ Violation Report (No Action)
☒ Petition to Modify Conditions of Release
☐ Petition for Revocation

| | |
|---|---|
| **Name of Defendant:** | Dhruv Gargi AKA "Panda" |
| **Case Number:** | 4:23-CR-00383-CLM-NAD-3 |
| **Name of Judicial Officer:** | Honorable Corey L. Maze<br>U.S. District Judge |
| **Charges:** | Ct. 1: Conspiracy to Commit Mail Fraud and Wire Fraud<br>18 U.S.C. § 1349 |
| **Date Pretrial Supervision Commenced:** | November 7, 2023 |
| **Next Court Appearance:** | Pending a sentencing date. |
| **Special Conditions:** | Travel is restricted to New Jersey and Alabama, for court and attorney purposes only; surrender all passports and travel documents and not apply for any new travel documents; actively seek or maintain employment; no contact with co-defendants, victims, or witnesses; report to court in Alabama as directed; and comply with all Immigration and Customs Enforcement directives. |

**Modification Request**

☒ ADD    ☐ DELETE    the following condition(s):

**Condition 19:**    You must submit to medical or psychiatric treatment and/or counseling as directed by the USPO.

**U.S. Probation Officer Recommendations:** The defendant is a resident of the District of New Jersey and is currently on courtesy pretrial release supervision in that district. The defendant is not a U.S. citizen and is pending possible removal action. According to the defendant's supervising officer, U.S. Probation Officer Sophia Morrone, the defendant reported suffering from depression to the point it is affecting his ability work. The defendant is applying for short-term disability due to this condition. The defendant is currently under a psychiatrist's care, but he will lose his health insurance to pay for these services once he loses his job at the end of the month. The defendant reported he is losing his job due to his depression and that his non-citizen worker permit has not been renewed by the federal government. USPO Morrone has also reported the defendant has stopped taking his mental health medications. The defendant recently disclosed he has had recent thoughts of suicide, but noted he does not have any current suicidal ideations or plans. USPO Morrone is concerned with the defendant's remarks and potential loss of access to mental health services. USPO Morrone would like to refer the defendant to contracted mental health providers in the District of New Jersey but requires the defendant's Conditions of Release to include a mental health treatment condition to do so.

Assistant U.S. Attorney John Hundscheid and defense attorney William Broome have been contacted and agree with adding a mental health treatment condition to the defendant's Conditions of Release.

Therefore, it is recommended the defendant's Conditions of Release be modified to include the above-requested condition.

☒ Defendant's bond be modified as requested

☐ Other

I declare under penalty of perjury that the foregoing is true and correct.

Executed On     November 10, 2025

/s Ryan C. Guagnini
Ryan C. Guagnini
Senior U.S. Probation Officer
205-716-2958

Approved By     /s Jonathan Eubanks
                     Jonathan Eubanks
           Supervising U.S. Probation Officer

**THE COURT ORDERS**

☒ The modification of conditions of release as requested, to be effective immediately

☐ No Action

☐ Other

**Done** and **Ordered** on November 12, 2025.

_____
**COREY L. MAZE**
UNITED STATES DISTRICT JUDGE