# THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# <u>MIDDLE DIVISION</u>

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**DHRUV GARGI,**<br>*also known as "Panda"*,<br><br>**Defendant.** | **Case No. 4:23-cr-383-CLM-NAD** |

## <u>MOTION TO FILE UNDER SEAL</u>

The United States moves the Court to file a document under seal. As grounds, the United States asserts that the filing contains information that should not be publicly available at this time. The United States will provide a copy of the proposed filing via email to the Court.

      Respectfully submitted,

      PRIM F. ESCALONA
      United States Attorney

      */s/ John M. Hundscheid*
      John M. Hundscheid
      Brett A. Janich
      Assistant United States Attorneys

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 20, 2026, I filed a copy of the foregoing with the Court through CM-ECF, which caused a copy to be served on counsel of record.

*/s/ John M. Hundscheid*
John M. Hundscheid
Assistant United States Attorney