FILED

2026 Apr-08  AM 11:02
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES** | **)** |
| | **) Case Number:4:23-cr-00383-CLM-NAD** |
| **v.** | **)** |
| | **)** |
| **DAMION WAYNE SCARLETT** | **)** |

## SENTENCING MEMORANDUM

Comes now Damion Wayne Scarlett ("Scarlett") by and through undersigned counsel, respectfully requesting a reasonable sentence of supervised release with a substantial term of in-home confinement and gps tracking, and states the following:

Counsel needed more time to review the PSR and then consult with the government, and respectfully requests this honorable court's patience with any delay. After consultation with and in agreement with the government, both parties agree that any role adjustment enhancement should be removed from the PSR and Scarlett should receive credit for being a zero-point offender.

**Government Recommendations:**

Counsel only received the government's recommendations on the 6th day of April 2026, and was told that the government would be recommending a term of imprisonment of 21 months to be followed by a term of 36 months of supervised release.

**Sentencing Guidelines Objections:**

¶95 should be a 0. Telegram channels postings are not sophisticated means justifying a two-level increase of the offense level. The use of the internet is not sophisticated means. Advising on opening up fake credit card accounts is not sophisticated means. Mailing empty boxes back as fake returns is not sophisticated means.

¶98 should be 0, because ¶55 Stipulation that Scarlett does not qualify for an aggravating role enhancement under USSG §3B1.1(Aggravating Role) or §2B1.1(b)(4)(Business of Selling Stolen Property) should be honored.

**Witnesses:**

Counsel would like the opportunity for this honorable court to hear from Scarlett, his parents, and maybe his brother at the sentencing hearing.

**Relevant 18 U.S.C. 3553 Sentencing Facts:**

Scarlett was born in 1999 and is a very respectful, naïve, young man, who is not a danger to any community. This honorable court has had the opportunity to observe him and will be afforded the opportunity to speak with Scarlett and his parents at the sentencing hearing.



Damion Scarlett graduated from High School in 2017, and was honored to begin attending college classes. However, Scarlett was unable to afford the college of his dreams and had to find other arrangements. Scarlett has always lived at home with his parents, always depended upon his parents to support him, and wanted to find a way to become financially independent from his supportive family. Scarlett had the emotional and financial support of his parents and grandparents, and grew up in a very disciplined and sheltered environment.



Scarlett made the biggest mistake of his life and began associating with fraudsters online. These fraudsters were making "easy money", and Scarlett wrongfully chose to join. Scarlett was never paid for his role in Noir's Organization but did receive refunds. *See* PSR ¶54.

Scarlett is known as a kind, gentle, loving, and compassionate person. Scarlett is the first to lend a hand in need in any given situation. The conduct for which Scarlett has accepted responsibility is completely uncharacteristic of Scarlett's true nature.

This case alleges conduct beginning in 2020, when Scarlett was barely 21 years old. Scarlett has been on bond since 2023, and Scarlett has followed all conditions of his bond, and there have been no issues of non-compliance for more than 21 months. *See* PSR ¶13. Scarlett has demonstrated an ability to comply with terms and conditions of supervised release and/or probation. Scarlett has no prior criminal record. Scarlett was law abiding prior to this arrest, and has been law abiding since this arrest. Scarlett is now a convicted felon, and as a result of joining an online community of fraudsters, Scarlett will be a convicted felon for the rest of his life. Scarlett's ability to vote, travel internationally, qualify for federal financial aid, or to join the military or law enforcement has been impacted. 21-months in a federal prison would do nothing to prevent further crimes of Scarlett, to promote respect for the law, and is not just punishment for Scarlett's offense.

Scarlett is in the top two percent of similar offenders, and this honorable court should consider imposing a sentence accordingly. Scarlett is from a two-parent household with loving parents and absolutely no history of abuse. Scarlett has the ability to graduate from high school and college. Scarlett is socially awkward,

sheltered, vulnerable, frail, and naïve. Scarlett has never been married and has never fathered any children. Scarlett is still in his twenties. Scarlett owes less than $30K in student loans, but will have to pay a substantial amount of restitution that is yet to be determined. Scarlett does not look like the typical offender, does not sound like the typical offender, does not talk like the typical offender, does not act like the typical offender. Scarlett's uniqueness will make him a target and possibly a victim in prison.

Under the totality of the sentencing factors enumerated in 18 U.S.C. § 3553, Scarlett, his family, and counsel will humbly and respectfully beg for mercy from this honorable court.  Please impose the most lenient sentence possible that will afford Scarlett an opportunity for redemption and rehabilitation. Scarlett needs to be at home with his parents, receive counseling, and serious federal supervision for the next 36 months.

Respectfully submitted,

/s/ *Daniel J. Fortune*
Daniel J. Fortune
Fortune Trial Attorneys LLC
2201 4th Avenue N
Birmingham, AL 35203
DFortune@FortuneTrialAttorneys.com
**ATTORNEY FOR MR. SCARLETT**

**CERTIFICATE OF SERVICE**

I hereby certify that on the 7th day of April 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorney(s) of record.

Respectfully submitted,

/s/ *Daniel J. Fortune*

Daniel J. Fortune