FILED

2026 Apr-09  PM 04:16
U.S. DISTRICT COURT
N.D. OF ALABAMA

# THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
## MIDDLE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>**v.**<br><br>**DHRUV GARGI,**<br>*also known as "Panda"*,<br><br>**Defendant.** | **Case No. 4:23-cr-383-CLM-NAD** |

## UNOPPOSED MOTION TO CONTINUE SENTENCING HEARING

The United States moves the Court to continue the sentencing set for April 16, 2026 in this matter because such a continuance would serve the interests of justice. The defense is not opposed to this motion.

Respectfully submitted,

PRIM F. ESCALONA
United States Attorney

*/s/ John M. Hundscheid*

John M. Hundscheid
Brett A. Janich
Assistant United States Attorneys

## CERTIFICATE OF SERVICE

I hereby certify that on April 9, 2026, I filed a copy of the foregoing with the

Court through CM-ECF, which caused a copy to be served on counsel of record.

*/s/ John M. Hundscheid*

John M. Hundscheid
Assistant United States Attorney