FILED
2026 Apr-10  PM 04:19
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF ALABAMA

## HUNTSVILLE DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **V.** | § | **NO. 4:23-CR-00383-CLM-NAD** |
| | § | |
| **NICHOLAS JOHN CARUSO (6)** | § | |

### REPLY TO PRE-SENTENCE REPORT ADDENDUM

Now comes Defendant NICHOLAS JOHN CARUSO, through the undersigned counsel, and submits this reply to the Addendum to the Pre-Sentence Report ("PSR"), as prepared by U.S. Probation Officer Jennifer Reese, and would show the Court as follows:

### RESPONSE TO CARUSO'S PSR OBJECTIONS

The Addendum to CARUSO'S Pre-Sentence reads that the dollar loss amount attributed to Defendant CARUSO should remain at the full amount of the conspiracy, $1,500,000 - $3,500,000.  The reasoning listed is that the Defendant stipulated that that was the amount of the (entire) conspiracy in the stipulated facts of the Plea Agreement.

The Addendum language reads, as does the facts stipulations, that the $1,500,000 - $3,500,000 amount is the "loss associated with the conspiracy."  That loss amount includes all defendants and all defendants' actions, not just CARUSO'S.

**PSR OBJECTIONS EXPLAINS LIMITATION OF LIABILITY**

CARUSO'S Objections to the PSR explain the application of caselaw that acknowledges that a defendant does not acquiesce to liability for the entire conspiracy, which largely included other persons and their actions.  Further, the PSR and Addendum response overlook the fact that the Defendant was involved for only a very short time period considering the length of the conspiracy.

Defendant CARUSO respectfully refers the Court and the government to his Objections to the PSR for the full discussion of caselaw, U.S.S.G. sections, and their application to the facts.

Respectfully submitted,

*/s/ John Teakell*
John Teakell
Law Office of John R Teakell
2911 Turtle Creek Blvd.
Suite 300
Dallas, TX  75219
Tele.   (214) 523-9076
Fax     (214) 523-9077

**CERTIFICATE OF SERVICE**

I, John Teakell, hereby certify that on April 10, 2026, a copy of the foregoing Reply to the Pre-Sentence Report Addendum was served on the United States Attorney's Office and the U. S. Probation Office via ECF.

*/s/ John Teakell*
John Teakell