FILED

2026 Apr-13  PM 04:16
U.S. DISTRICT COURT
N.D. OF ALABAMA

Quito 7-Apr-26

To Whom It May Concern:

I am writing to offer my sincere recommendation on behalf of Mr. Nicholas Caruso, whom I have known for approximately eighteen years, since we were both 15 years old up to the present day, now that I am 33.

Throughout this time, I have had the opportunity to know him closely and consistently, which allows me to state with complete certainty that he is an honest, generous, and principled individual. Nicholas has always been someone who keeps his word, honors his commitments, and conducts himself with integrity in both his personal life and his relationships with others. His character has consistently been respectful, kind, and supportive.

He comes from a family with strong values, which he has continuously reflected through his actions over the years. At all times, he has demonstrated that he is guided by respect for others and a strong sense of responsibility.

For this reason, I must express that I was genuinely surprised to learn of his involvement in the current situation, as, based on my knowledge of him, this is completely out of character. From my personal experience, I firmly believe that this situation does not represent who Nicholas truly is as a person.

I am confident that he will overcome this difficult moment, learn from this experience, and continue to lead a law-abiding life. I strongly believe he will make the right decisions moving forward and continue to contribute positively to his community.

For all the reasons stated above, I respectfully ask that his personal history, character, and values be taken into consideration when evaluating his situation.

I remain available to provide any additional information if required.

Sincerely,
Juan José Cano
ID: 1722168737