FILED
2026 Apr-15  AM 10:20
U.S. DISTRICT COURT
N.D. OF ALABAMA

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF ALABAMA

## HUNTSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | NO. 4:23-CR-00383-CLM-NAD |
| | § | |
| NICHOLAS JOHN CARUSO (6) | § | |

## DEFENDANT'S RESPONSE TO GOVERNMENT'S PSR OBJECTION

Now comes Defendant NICHOLAS JOHN CARUSO, through the undersigned counsel, and submits this response to the government's objection to the Pre-Sentence Report ("PSR"), as prepared by U.S. Probation Officer Jennifer Reese, and would show the Court as follows:

### GOVERNMENT'S OBJECTION TO INCLUDE
### SOPHISTICATED MEANS

The PSR as written rightfully does not include an enhancement for Sophisticated Means, found at U.S.S.G. §2B1.1(b)(10)(C).  The U.S. Attorney's Office objects to the PSR by stating that Defendant CARUSO should be assessed the enhancement for "sophisticated means."

CARUSO had transacted approximately ten (10) refunds during his three (3) months as a contractor, which totaled about $20,000 or less (PSR ¶56.  In summary, CARUSO'S activities / non-activities were the following:

CARUSO did **not**:

1)  Know or interact with most of the persons involved;

2)  Participate in co-Defendants' transactions;

3)  For the most part, know of other conspirators' transactions;

4)  Establish policy or procedures;

5)  Direct or supervise others.

CARUSO did:

1)  Work remotely;

2)  Follow the script and directions given to him;

3)  Leave after three (3) months.

CARUSO'S time period of January – March 2022 resulted in his approximately ten (10) refunds completed.  Defendant CARUSO respectfully submits that he should not be assessed a sophisticated means enhancement, which is how the PSR is written.

Respectfully submitted,

*/s/ John Teakell*
John Teakell
Law Office of John R Teakell
2911 Turtle Creek Blvd.
Suite 300
Dallas, TX  75219
Tele.   (214) 523-9076
Fax     (214) 523-9077

## <u>CERTIFICATE OF SERVICE</u>

I, John Teakell, hereby certify that on April 15, 2026, a copy of the foregoing Defendant's Response to Government's PSR Objection was served on the United States Attorney's Office and the U. S. Probation Office via ECF.

<u>*/s/ John Teakell*</u>
John Teakell