**FILED**

2026 Apr-17  PM 03:31
U.S. DISTRICT COURT
N.D. OF ALABAMA

U. S. District Court, Northern District of Alabama
Office of the Clerk
140 Hugo L. Black United States Courthouse
1729 5th Avenue North
Birmingham, Alabama 35203
(205) 278-1700

Greer M. Lynch
Clerk of Court

**Appeal #          new appeal**

Dave Smith, Clerk of Court
U.S. Court of Appeals, 11th Circuit
56 Forsyth Street, N.W.
Atlanta, GA 30303

U.S.D.C. No.        4:23-cr-383-CLM-NAD-8

IN RE:          USA v. CK Chikong Tran
DATE:          April 17, 2026

Enclosed are documents regarding an appeal in this matter.  Please acknowledge receipt on the enclosed copy of this transmittal.

X          Copy of Notice of Appeal, Docket Entries and Judgment/Order and Opinion appealed from enclosed.
           Please check if judgment was oral:


X          The Judge/Magistrate Judge appealed from is: Corey L. Maze

X          The Court Reporter is:  Carrie Robinson  205-278-2063 .


                              Greer M. Lynch, Clerk

                              By: /s/ K. St. John
                              Deputy Clerk


xc:        Counsel