FILED

2026 Apr-17  PM 03:36
U.S. DISTRICT COURT
N.D. OF ALABAMA

APPEAL,PROTECTIVE ORDER

# U.S. District Court
## Northern District of Alabama (Middle)
## CRIMINAL DOCKET FOR CASE #: 4:23−cr−00383−CLM−NAD−8
### *Internal Use Only*

Case title: USA v. Kaif et al

Date Filed: 10/25/2023

Date Terminated: 04/17/2026

Assigned to: Judge Corey L Maze
Referred to: Magistrate Judge
Nicholas A Danella

**Defendant (8)**

**CK Chikong Tran**
*TERMINATED: 04/17/2026*
*also known as*
Radiant
*TERMINATED: 04/17/2026*

represented by **Alison Wallace**
ALISON WALLACE, ATTORNEY AT LAW
P.O.Box 36926
Hoover, AL 35236
205−500−1667
Fax: 205−988−6851
Email: alisonatlaw@gmail.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Pending Counts**

18:1341,1343, and 1349 FRAUDS
AND SWINDLES
(1)

**Disposition**

CBP 21 mos; SRT 36 mos w/spec conds; No fine;
AF $100; TSC by noon on June 8, 2026 to the BOP

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**

None

**Disposition**

**Highest Offense Level
(Terminated)**

None

**Complaints**

None

**Disposition**

1

**Plaintiff**

USA                                           represented by   **Catherine L. Crosby, Acting US**
                                                              **Attorney**
                                                              US ATTORNEY'S OFFICE
                                                              1801 4th Avenue North
                                                              Birmingham, AL 35203−2101
                                                              244−2001
                                                              Email: Caseview.ecf@usdoj.gov
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*
                                                              *Designation: Retained*

                                                              **US Probation**
                                                              UNITED STATES PROBATION OFFICE
                                                              Robert Vance Bldg.
                                                              1800 5th Avenue North
                                                              Birmingham, AL 35203
                                                              205−716−2900
                                                              Email: alnpdb_cmecf@alnp.uscourts.gov
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*
                                                              *Designation: Retained*

                                                              **USM**
                                                              UNITED STATES MARSHAL
                                                              Hugo Black Courthouse, Room 240
                                                              1729 5th Avenue North
                                                              Birmingham, AL 35203
                                                              205−731−1712
                                                              Email: usms−aln−courts@usdoj.gov
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*
                                                              *Designation: Retained*

                                                              **Edward Jonathan Canter**
                                                              Litson PLLC
                                                              54 Music Square E
                                                              Ste 300
                                                              Nashville, TN 37203
                                                              615−985−8875
                                                              Email: ted@litson.co
                                                              *TERMINATED: 05/23/2025*
                                                              *LEAD ATTORNEY*
                                                              *Designation: Retained*

                                                              **John Mark Hundscheid**
                                                              U.S. ATTORNEY'S OFFICE
                                                              200 Davis Circle SW
                                                              Suite 300
                                                              Huntsville, AL 35801

256−551−7354
Email: john.hundscheid@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Brett Alexander Janich**
United States Attorney's Office for the
Northern Distri
1801 Fourth Avenue North
Birmingham, AL 35203
205−244−2156
Email: brett.janich@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/25/2023 | 1 | INDICTMENT as to dfts Aiman Akram Kaif (1) count(s) 1, Damion Wayne Scarlett (2) count(s) 1, Dhruv Gargi (3) count(s) 1, David James Park (4) count(s) 1, Andre Johannes Ischler Simonet (5) count(s) 1, Nicholas John Caruso (6) count(s) 1, Jennifer Mireya Palma (7) count(s) 1. **Please file all subsequent documents using the criminal case number assigned to this indictment.** (Attachments: # 1 (SEALED) Signed Indictment) (KBB) (Entered: 10/26/2023) |
| 10/25/2023 | 2 | MOTION to Seal Indictment filed by USA as to dfts Aiman Akram Kaif, Damion Wayne Scarlett, Dhruv Gargi, David James Park, Andre Johannes Ischler Simonet, Nicholas John Caruso, Jennifer Mireya Palma, CK Chikong Tran, Tyree Samuel Tinsley. (KBB) (Entered: 10/26/2023) |
| 10/25/2023 | 3 | ORDER granting 2 Motion to Seal Indictment as to dfts Aiman Akram Kaif (1), Damion Wayne Scarlett (2), Dhruv Gargi (3), David James Park (4), Andre Johannes Ischler Simonet (5), Nicholas John Caruso (6), Jennifer Mireya Palma (7), CK Chikong Tran (8), Tyree Samuel Tinsley (9). Signed by Magistrate Judge John H England, III on 10/25/2023. (KBB) (Entered: 10/26/2023) |
| 10/25/2023 |  | Counts added: CK Chikong Tran (8) count(s) 1, Tyree Samuel Tinsley (9) count(s) 1 (KBB) (Entered: 11/06/2023) |
| 11/06/2023 | 4 | MOTION to Provide Redacted Indictment filed by USA as to dfts Aiman Akram Kaif, Damion Wayne Scarlett, Dhruv Gargi, David James Park, Andre Johannes Ischler Simonet, Nicholas John Caruso, Jennifer Mireya Palma, CK Chikong Tran, Tyree Samuel Tinsley. (KBB) (Entered: 11/06/2023) |
| 11/06/2023 | 5 | ORDER granting 4 Motion to Provide Redacted Indictment as to dft Aiman Akram Kaif (1), Damion Wayne Scarlett (2), Dhruv Gargi (3), David James Park (4), Andre Johannes Ischler Simonet (5), Nicholas John Caruso (6), Jennifer Mireya Palma (7), CK Chikong Tran (8), Tyree Samuel Tinsley (9); Upon the arrest of a dft the Government shall provide to the Court an Indictment that redacts references to defendants who have yet to be arrested. The Clerk's Office shall transmit the redacted indictment to the district where the arrest occurred and place it on this case's docket. The case shall remain sealed until further order by the Court. The USA is **DIRECTED** to inform the Court when the case no longer is required to be sealed for officer safety. Signed by Judge Corey L Maze on 11/6/2023. (cm USA) (KBB) |

| | | |
|---|---|---|
| | | (Entered: 11/06/2023) |
| 11/08/2023 | | Arrest of CK Chikong Tran in New York/Southern District. (KWC, ) (Entered: 11/21/2023) |
| 11/21/2023 | 9 | Rule 5(c)(3) Documents Received form New York/Southern District as to CK Chikong Tran: 11/8/2023 dft arrested; FBI Affidavit filed; CJA 23 filed; CJA atty appointed; IA held; bond hrg held; dft released on $50,000 appearance bond co−signed; ID hrg waived. (Attachments: # 1 Sealed CJA 23, # 2 Sealed Bond)(KWC, ) (Entered: 11/21/2023) |
| 12/04/2023 | 13 | MOTION to Unseal Indictment filed by USA as to dfts Aiman Akram Kaif, Damion Wayne Scarlett, Dhruv Gargi, David James Park, Andre Johannes Ischler Simonet, Nicholas John Caruso, Jennifer Mireya Palma, CK Chikong Tran, Tyree Samuel Tinsley. (KBB) (Entered: 12/04/2023) |
| 12/04/2023 | 14 | ORDER granting 13 Motion to Unseal Case as to dfts Aiman Akram Kaif (1), Damion Wayne Scarlett (2), Dhruv Gargi (3), David James Park (4), Andre Johannes Ischler Simonet (5), Nicholas John Caruso (6), Jennifer Mireya Palma (7), CK Chikong Tran (8), Tyree Samuel Tinsley (9); The Clerk's Office is **DIRECTED** to unseal the Indictment and accompanying documents in this case. All documents containing personal identifying information and financial information SHALL remain under seal. Signed by Judge Corey L Maze on 12/4/2023. (KBB) (Entered: 12/05/2023) |
| 12/05/2023 | | Case as to dfts Aiman Akram Kaif, Damion Wayne Scarlett, Dhruv Gargi, David James Park, Andre Johannes Ischler Simonet, Nicholas John Caruso, Jennifer Mireya Palma, CK Chikong Tran, Tyree Samuel Tinsley Reassigned to Judge Magistrate Judge Nicholas A Danella. Judge Magistrate Judge John H England, III no longer assigned to the case. (KBB) (Entered: 12/05/2023) |
| 12/05/2023 | 15 | TEXT ORDER as to dfts Aiman Akram Kaif, Damion Wayne Scarlett, Dhruv Gargi, David James Park, Andre Johannes Ischler Simonet, CK Chikong Tran, Tyree Samuel Tinsley: Setting Arraignment for **Thursday, 12/14/2023, at 9:30 AM**, in Courtroom 3B of the Hugo L Black US Courthouse, Birmingham, AL before Magistrate Judge Nicholas A Danella. Signed by Magistrate Judge Nicholas A Danella on 12/5/2023. (KBB) (Entered: 12/05/2023) |
| 12/06/2023 | 24 | TEXT ORDER as to CK Chikong Tran: Arraignment is RESET for Tuesday, 1/16/2024 at 10:00 AM in Hugo L Black US Courthouse, Birmingham, AL before Magistrate Judge Nicholas A. Danella. Signed by Magistrate Judge Nicholas A. Danella on 12/6/2023. (SRD) (Entered: 12/06/2023) |
| 12/12/2023 | 38 | TEXT ORDER APPOINTING CJA COUNSEL as to CK Chikong Tran. Alison Wallace appointed for CK Chikong Tran. Signed by Magistrate Judge Nicholas A. Danella on 12/12/2023. (SRD) (Entered: 12/12/2023) |
| 12/22/2023 | 54 | MOTION for Protective Order by USA as to Aiman Akram Kaif, Damion Wayne Scarlett, Dhruv Gargi, David James Park, Andre Johannes Ischler Simonet, Nicholas John Caruso, Jennifer Mireya Palma, CK Chikong Tran, Tyree Samuel Tinsley. (Attachments: # 1 Text of Proposed Order)(Hundscheid, John) (Entered: 12/22/2023) |
| 12/22/2023 | 55 | MOTION to Unseal Document *(Search Warrant Applications and Affidavits)* by USA as to Aiman Akram Kaif, Damion Wayne Scarlett, Dhruv Gargi, David James Park, Andre Johannes Ischler Simonet, Nicholas John Caruso, Jennifer Mireya |

4

| | | |
|---|---|---|
| | | Palma, CK Chikong Tran, Tyree Samuel Tinsley. (Attachments: # 1 Text of Proposed Order)(Hundscheid, John) (Entered: 12/22/2023) |
| 12/27/2023 | 56 | PROTECTIVE ORDER granting 54 Motion for Protective Order as to dfts Aiman Akram Kaif (1), Damion Wayne Scarlett (2), Dhruv Gargi (3), David James Park (4), Andre Johannes Ischler Simonet (5), Nicholas John Caruso (6), Jennifer Mireya Palma (7), CK Chikong Tran (8), Tyree Samuel Tinsley (9); That certain documents and information shall remain confidential as set out in this order. Signed by Magistrate Judge Nicholas A Danella on 12/27/2023. (KBB) (Entered: 12/27/2023) |
| 12/28/2023 | 57 | ORDER as to Aiman Akram Kaif (1), Damion Wayne Scarlett (2), Dhruv Gargi (3), David James Park (4), Andre Johannes Ischler Simonet (5), Nicholas John Caruso (6), Jennifer Mireya Palma (7), CK Chikong Tran (8), Tyree Samuel Tinsley (9): This matter is before the Court on the United States' motion to unseal for discovery purposes applications and affidavit for a search warrants (5:22−mj−1024−HNJ, 5:22−mj−1096−HNJ, 5:22−mj−1163−HNJ, and 5:23−mj−1055−HNJ) related to this case. For good cause shown, the Court GRANTS the motion and ORDERS that the application and affidavit for a search warrant and applications and affidavit for seizure warrants in these matters are unsealed for the limited purpose of allowing the United States to disclose them to defense counsel in this case under the Courts Protective Order. Signed by Magistrate Judge Nicholas A Danella on 12/28/2023. (KWC, ) (Entered: 12/28/2023) |
| 01/04/2024 | 64 | RESPONSE to Motion by USA as to Aiman Akram Kaif, Damion Wayne Scarlett, Dhruv Gargi, David James Park, Andre Johannes Ischler Simonet, Nicholas John Caruso, Jennifer Mireya Palma, CK Chikong Tran, Tyree Samuel Tinsley re 61 MOTION Declare Case as Complex (Hundscheid, John) (Entered: 01/04/2024) |
| 01/06/2024 | 68 | NOTICE OF ATTORNEY APPEARANCE: Alison Wallace appearing for CK Chikong Tran (Wallace, Alison) (Entered: 01/06/2024) |
| 01/06/2024 | 69 | MOTION FOR VIRTUAL ARRAIGNMENT by CK Chikong Tran. (Wallace, Alison) Modified on 1/8/2024 (KBB). (Entered: 01/06/2024) |
| 01/08/2024 | 71 | TEXT ORDER granting 69 MOTION for virtual arraignment as to CK Chikong Tran. Arraignment, which was previously set for Tuesday 1/16/2024 at 10:00 AM in Hugo L. Black Courthouse, is RESET and will now take place on **Tuesday 1/16/2024 at 10:30 AM.** This hearing will be conducted virtually by Zoom. Information for joining the virtual hearing will be emailed to counsel. Signed by Magistrate Judge Nicholas A. Danella on 1/8/2024. (SRD) (Entered: 01/08/2024) |
| 01/12/2024 | 74 | WAIVER of Speedy Trial by CK Chikong Tran (Wallace, Alison) (Entered: 01/12/2024) |
| 01/16/2024 | | Minute Entry for proceedings held before Magistrate Judge Nicholas A Danella: Initial Appearance & Arraignment as to CK Chikong Tran (8) held on 1/16/2024 as to Count 1 of the Indictment. AUSA Hundscheid present for govt. Dft present and deemed eligible for court appointed counsel, CJA Wallace present and appointed. Dft waives in−person hearing. Charges & rights explained; dft served; waived reading; not guilty plea entered; Brady reminder; dft released on previously imposed bond. Adj. (Court Reporter Carrie M. Robinson.) (SRD) (Entered: 01/16/2024) |
| 01/19/2024 | 89 | SCHEDULING ORDER and NOTICE that certain deadlines and instructions apply as set out as to Damion Wayne Scarlett, Dhruv Gargi, Andre Johannes Ischler Simonet, Nicholas John Caruso, CK Chikong Tran. Signed by Magistrate Judge |

| | | |
|---|---|---|
| | | Nicholas A. Danella on 1/19/2024. (SRD) (Entered: 01/19/2024) |
| 01/19/2024 | 90 | STANDING DISCOVERY ORDER with instructions and deadlines set out as to Damion Wayne Scarlett, Dhruv Gargi, Andre Johannes Ischler Simonet, Nicholas John Caruso, CK Chikong Tran. Signed by Magistrate Judge Nicholas A. Danella on 1/19/2024. (SRD) (Entered: 01/19/2024) |
| 01/19/2024 | 91 | STANDING BRADY DISCOVERY ORDER as to Damion Wayne Scarlett, Dhruv Gargi, Andre Johannes Ischler Simonet, Nicholas John Caruso, CK Chikong Tran. Signed by Magistrate Judge Nicholas A. Danella on 1/19/2024. (SRD) (Entered: 01/19/2024) |
| 01/22/2024 | 93 | ORDER GRANTING COURT'S OWN MOTION TO CONTINUE as to dft Aiman Akram Kaif (1), CK Chikong Tran (8); With respect to Defendant Kaif and Defendant Tran, the court's own motion to continue is **GRANTED**. For the reasons stated in motions to continue filed by co−Defendants, and based on Defendant Kaifs waiver (Doc. 75 ), and Defendant Trans waiver (Doc.74), the undersigned **FINDS** that the ends of justice served by granting this continuance outweigh the best interest of the public and Defendant in a speedy trial (see 18 U.S.C. § 3161(h) (7)(A)), that this case is so unusual or so complex that it is unreasonable to expect adequate preparation for pretrial proceedings or for the trial itself within the time limits established by 18 U.S.C. § 3161 (see 18 U.S.C. § 3161(h) (7)(B)(ii)), and that the failure to grant this continuance would deny Defendant's counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The time from the date of this order until **April 8, 2024**, is excluded with pretrial deadlines as set out. By separate order, a United States District Judge will set the trial date. Signed by Magistrate Judge Nicholas A Danella on 1/22/2024. (KAB, ) (Entered: 01/22/2024) |
| 02/08/2024 | 104 | TEXT ORDER as to Aiman Akram Kaif, Damion Wayne Scarlett, Dhruv Gargi, David James Park, Andre Johannes Ischler Simonet, Nicholas John Caruso, CK Chikong Tran, and Tyree Samuel Tinsley. Telephone Conference is set for **Monday, March 11, 2024 at 1:30 PM** before Magistrate Judge Nicholas A. Danella. Counsel should call 205−931−0422 and enter phone conference ID 582 531 526# to participate. Signed by Magistrate Judge Nicholas A. Danella on 2/8/2024. (SRD) (Entered: 02/08/2024) |
| 03/08/2024 | 107 | NOTICE *of Parties' Case Status Update in Advance of Telephone Conference* by John Mark Hundscheid (Hundscheid, John) (Entered: 03/08/2024) |
| 03/08/2024 | 111 | TEXT ORDER as to Aiman Akram Kaif, Damion Wayne Scarlett, Dhruv Gargi, David James Park, Andre Johannes Ischler Simonet, Nicholas John Caruso, CK Chikong Tran, Tyree Samuel Tinsley. Telephone Conference, which was previously set for Monday, March 11, 2024 at 1:30 PM, is RESET and will now take place on **Thursday, 3/14/2024 at 2:30 PM** before Magistrate Judge Nicholas A Danella. Counsel should call 205−931−0422 and enter phone conference ID 582 531 526# to participate. Signed by Magistrate Judge Nicholas A. Danella on 3/8/2024. (SRD) (Entered: 03/08/2024) |
| 03/14/2024 | | Minute Entry for proceedings held before Magistrate Judge Nicholas A Danella: Telephone Conference as to Aiman Akram Kaif, Damion Wayne Scarlett, Dhruv Gargi, David James Park, Andre Johannes Ischler Simonet, Nicholas John Caruso, CK Chikong Tran, Tyree Samuel Tinsley held on 3/14/2024; Attorneys Bloomston (for dft Kaif), Spina (for dft Park), Brower (for dft Simonet), Teakell (for dft Caruso), |

| | | |
|---|---|---|
| | | Wallace (for dft Tran); Jones (for dft Tinsley), and Hundscheid (for the gov't). (Court Reporter None.) (SRD) (Entered: 03/14/2024) |
| 03/18/2024 | 113 | ORDER GRANTING DEFENDANTS' MOTIONS TO CONTINUE as to dfts Aiman Akram Kaif, David James Park, Andre Johannes Ischler Simonet, Nicholas John Caruso, CK Chikong Tran, Tyree Samuel Tinsley; On March 14, 2024, the undersigned held a telephone conference with counsel for the government and for the above−named defendants in the above−referenced case. In that telephone conference, counsel for Defendants orally moved for continuances, which were not opposed by government counsel. Defendants' motions to continue are **GRANTED**. For the reasons stated in the telephone conference, the undersigned **FINDS** that the ends of justice served by granting this continuance outweigh the best interest of the public and each of the above−named defendants in a speedy trial, that this case is so unusual or so complex that it is unreasonable to expect adequate preparation for pretrial proceedings or for the trial itself within the time limits established by 18 U.S.C. § 3161, and that the failure to grant this continuance would deny each of the above−named defendants' counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The time from the date of this order until **June 3, 2024**, is excluded with pretrial deadlines as set out. By separate order, a United States District Judge will set the trial date. Signed by Magistrate Judge Nicholas A Danella on 3/18/2024. (KAB) (Entered: 03/18/2024) |
| 05/20/2024 | 126 | MOTION to Continue by CK Chikong Tran. (Attachments: # 1 Supplement)(Wallace, Alison) (Entered: 05/20/2024) |
| 05/28/2024 | 133 | ORDER GRANTING DEFENDANTS MOTIONS TO CONTINUE as to dfts Damion Wayne Scarlett, David James Park, Andre Johannes Ischler Simonet, CK Chikong Tran, re 126 MOTION to Continue, 130 MOTION to Continue *Plea Hearing for 90 days*, 127 Unopposed MOTION for Extension of Time to File *Pre−Trial Motions and Defendant's Waiver of Speedy Trial*, 128 Unopposed MOTION to Continue ; The motions to continue filed by Defendants Scarlett, Park, Simonet, and Tran (Doc. 126 , filed May 20, 2024; Doc. 127 , filed May 20, 2024; Doc. 128 , filed May 21, 2024; Doc. 130 , filed May 22, 2024) are **GRANTED**. The undersigned **FINDS** that the ends of justice served by granting this continuance outweigh the best interest of the public and each of the above−named defendants in a speedy trial (see 18 U.S.C. § 3161(h)(7)(A)), that this case is so unusual or so complex that it is unreasonable to expect adequate preparation for pretrial proceedings or for the trial itself within the time limits established by 18 U.S.C. § 3161 (see 18 U.S.C. § 3161(h)(7)(B)(ii)), and that the failure to grant this continuance would deny each of the above−named defendants counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The time from the date of this order until **September 3, 2024**, is excluded with pretrial deadlines as set out. By separate order, a United States District Judge will set the trial date. Signed by Magistrate Judge Nicholas A Danella on 5/28/2024. (KAB) (Entered: 05/28/2024) |
| 08/29/2024 | 159 | MOTION to Continue by CK Chikong Tran. (Wallace, Alison) (Entered: 08/29/2024) |
| 08/30/2024 | 160 | ORDER GRANTING DEFENDANTS' MOTIONS TO CONTINUE as to dfts David James Park, CK Chikong Tran re 158 Unopposed MOTION to Continue and Defendant's Waiver of Right to Speedy Trial, 159 MOTION to Continue; The motions to continue filed by Defendants Park and Tran (Doc. 158 , filed August 28, 2024; Doc. 159 , filed August 29, 2024) are **GRANTED**. The undersigned **FINDS** |

| | | that the ends of justice served by granting this continuance outweigh the best interest of the public and each of the above−named defendants in a speedy trial, that this case is so unusual or so complex that it is unreasonable to expect adequate preparation for pretrial proceedings or for the trial itself within the time limits established by 18 U.S.C. § 3161, and that the failure to grant this continuance would deny each of the above−named defendants' counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The time from the date of this order until **November 4, 2024**, is excluded with pretrial deadlines as set out. By separate order, a United States District Judge will set the trial date. Signed by Magistrate Judge Nicholas A Danella on 8/30/2024. (KAB, ) (Entered: 08/30/2024) |
|---|---|---|
| 10/21/2024 | 179 | PLEA AGREEMENT as to CK Chikong Tran (Hundscheid, John) (Entered: 10/21/2024) |
| 10/23/2024 | 180 | TEXT ORDER as to CK Chikong Tran Change of Plea Hearing is set for 11/22/2024 at 02:30 PM in US Courthouse, Anniston, AL before Judge Corey L. Maze. Signed by Judge Corey L. Maze on 10/23/2024. (AMC) (Entered: 10/23/2024) |
| 11/19/2024 | 186 | TEXT ORDER as to CK Chikong Tran (CHANGE OF TIME ONLY) Change of Plea Hearing set for 11/22/2024 at 09:30 AM in US Courthouse, Anniston, AL before Judge Corey L. Maze. Signed by Judge Corey L. Maze on 11/19/2024. (AMC) (Entered: 11/19/2024) |
| 11/22/2024 | 188 | GUILTY PLEA ADVICE OF RIGHTS CERTIFICATION by CK Chikong Tran (AMC) (Entered: 11/22/2024) |
| 11/22/2024 | | Minute Entry for proceedings held before Judge Corey L. Maze:Change of Plea Hearing as to CK Chikong Tran (008) held on November 22, 2024. Present: Def, atty A. Wallace, AUSA Hundscheid; Def sworn; Plea entered by CK Chikong Tran− GUILTY as to Count 1; court accepts the same as free & voluntary; Def continued on same bond; ct adj. Sentencing to be set by separate order. (Court Reporter Carrie Robinson.) (AMC) (Entered: 11/22/2024) |
| 11/22/2024 | 189 | ORDER as to CK Chikong Tran Sentencing set for 4/11/2025 at 09:30 AM in US Courthouse, Anniston, AL before Judge Corey L. Maze. Signed by Judge Corey L. Maze on 11/22/2024. (AMC) (Entered: 11/22/2024) |
| 02/12/2025 | 193 | TEXT ORDER as to CK Chikong Tran. Sentencing is continued generally and will be reset by separate order. Signed by Judge Corey L. Maze on 2/12/2025. (AMC) (Entered: 02/12/2025) |
| 03/02/2025 | 194 | OBJECTION TO PRESENTENCE INVESTIGATION REPORT by CK Chikong Tran (Wallace, Alison) (Entered: 03/02/2025) |
| 04/30/2025 | 205 | MOTION to Withdraw as Attorney *for the United States* by Edward J. Canter. by USA as to Aiman Akram Kaif, Damion Wayne Scarlett, Dhruv Gargi, David James Park, Andre Johannes Ischler Simonet, Nicholas John Caruso, Jennifer Mireya Palma, CK Chikong Tran, Tyree Samuel Tinsley. (Canter, Edward) (Entered: 04/30/2025) |
| 05/20/2025 | 208 | NOTICE OF ATTORNEY APPEARANCE Brett Alexander Janich appearing for USA. (Janich, Brett) (Entered: 05/20/2025) |
| 05/23/2025 | 211 | TEXT ORDER GRANTING motion to withdraw as attorney for the United States by Edward J. Canter (doc. 205 ) as to Aiman Akram Kaif, Damion Wayne Scarlett, Dhruv Gargi, David James Park, Andre Johannes Ischler Simonet, Nicholas John |

| | | |
|---|---|---|
| | | Caruso, Jennifer Mireya Palma, CK Chikong Tran, Tyree Samuel Tinsley. The court **DIRECTS** the Clerk of Court to terminate Edward J. Canter as an attorney of record for the Government. Signed by Judge Corey L Maze on 5/23/2025. (KAB) (Entered: 05/23/2025) |
| 05/23/2025 | | Attorney update in case as to Aiman Akram Kaif, Damion Wayne Scarlett, Dhruv Gargi, David James Park, Andre Johannes Ischler Simonet, Nicholas John Caruso, Jennifer Mireya Palma, CK Chikong Tran, Tyree Samuel Tinsley. Attorney Edward Jonathan Canter terminated. (KAB) (Entered: 05/23/2025) |
| 11/20/2025 | 237 | TEXT ORDER as to CK Chikong Tran Sentencing is set for 4/16/2026 at 01:30 PM in US Courthouse, Anniston, AL before Judge Corey L. Maze. Signed by Judge Corey L. Maze on 11/20/2025. (AMC) (Entered: 11/20/2025) |
| 04/06/2026 | 247 | SENTENCING MEMORANDUM by CK Chikong Tran (Wallace, Alison) (Entered: 04/06/2026) |
| 04/09/2026 | 253 | OMNIBUS SENTENCING MEMORANDUM by USA as to Damion Wayne Scarlett, David James Park, Nicholas John Caruso, Jennifer Mireya Palma, CK Chikong Tran, Tyree Samuel Tinsley (Hundscheid, John) Modified on 4/9/2026 (KBB). (Entered: 04/09/2026) |
| 04/14/2026 | 259 | TEXT ORDER as to Damion Wayne Scarlett, David James Park, Nicholas John Caruso, Jennifer Mireya Palma, CK Chikong Tran, Tyree Samuel Tinsley Telephone Conference is set for 4/15/2026 at 09:00 AM before Judge Corey L. Maze. Attorneys to call 205−931−0422 and enter phone conference ID: 200 662 111# to participate. Signed by Judge Corey L. Maze on 4/14/2026. (AMC) (Entered: 04/14/2026) |
| 04/15/2026 | | Minute Entry for proceedings held before Judge Corey L. Maze:Telephone Conference as to Damion Wayne Scarlett, David James Park, Nicholas John Caruso, Jennifer Mireya Palma, CK Chikong Tran, Tyree Samuel Tinsley held on 4/15/2026 (Court Reporter Carrie Robinson.) (AMC) (Entered: 04/15/2026) |
| 04/16/2026 | | Minute Entry for proceedings held before Judge Corey L. Maze: Sentencing held on April 16, 2026 for CK Chikong Tran (008). Present: Def, Def atty Alison Wallace, AUSA John Hundscheid, and USPO Dupuy. Defense, Def, and govt allocution; Court GRANTED oral motion as stated on the record. SENTENCE: CBP of 21 months; SRT of 3 years − special conds as set out; no fine; no restitution; AF of $100; Def to TSP by Noon on 6/8/2026 to facility designated by BOP; ct adj. (Court Reporter Carrie Robinson.) (AMC) (Entered: 04/17/2026) |
| 04/17/2026 | 262 | NOTICE OF APPEAL by CK Chikong Tran (Wallace, Alison) (Entered: 04/17/2026) |
| 04/17/2026 | 263 | MOTION to Withdraw as Attorney by Alison Wallace. by CK Chikong Tran. (Wallace, Alison) (Entered: 04/17/2026) |
| 04/17/2026 | 264 | EXHIBITS admitted 4/16/2026 for Sentencing Hearing by CK Chikong Tran (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I)(AMC) (Entered: 04/17/2026) |
| 04/17/2026 | 265 | PRESENTENCE INVESTIGATION REPORT (Sealed) as to dft CK Chikong Tran (KNS) (Entered: 04/17/2026) |
| 04/17/2026 | 266 | |

| | | |
|---|---|---|
| | | JUDGMENT as to CK Chikong Tran (8), Count 1, CBP 21 mos; SRT 36 mos w/spec conds; No fine; AF $100; TSC by noon on June 8, 2026 to the BOP. Signed by Judge Corey L Maze on 4/17/2026. (cm financial and FLU) (KNS) (Entered: 04/17/2026) |
| 04/17/2026 | 267 | Sealed Document− SOR as to dft CK Chikong Tran (cm Alison Wallace and USA) (KNS) (Entered: 04/17/2026) |
| 04/17/2026 | 268 | TRANSMITTAL LETTER TO THE 11TH CIRCUIT as to dft CK Chikong Tran re 262 Notice of Appeal − Final Judgment (KNS) (Entered: 04/17/2026) |

FILED
2026 Apr-17  PM 03:31
U.S. DISTRICT COURT
N.D. OF ALABAMA

U. S. District Court, Northern District of Alabama
Office of the Clerk
140 Hugo L. Black United States Courthouse
1729 5th Avenue North
Birmingham, Alabama 35203
(205) 278-1700

Greer M. Lynch
Clerk of Court

**Appeal #          new appeal**

Dave Smith, Clerk of Court
U.S. Court of Appeals, 11th Circuit
56 Forsyth Street, N.W.
Atlanta, GA 30303

U.S.D.C. No.      4:23-cr-383-CLM-NAD-8

IN RE:          USA v. CK Chikong Tran
DATE:          April 17, 2026

Enclosed are documents regarding an appeal in this matter.  Please acknowledge receipt on the enclosed copy of this transmittal.

X      Copy of Notice of Appeal, Docket Entries and Judgment/Order and Opinion appealed from enclosed.
       Please check if judgment was oral:


X      The Judge/Magistrate Judge appealed from is: Corey L. Maze

X      The Court Reporter is:  Carrie Robinson  205-278-2063 .



              Greer M. Lynch, Clerk

              By: /s/ K. St. John
                  Deputy Clerk


xc:      Counsel

FILED

2026 Apr-17  AM 05:55
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## <u>MIDDLE DIVISION</u>

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| | )    **4:23-cr-383-CLN-NAD** |
| | ) |
| **CK CHIKONG TRAN,** | ) |

## NOTICE OF APPEAL AND
## MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS

COMES NOW the Defendant, CK Chikong Tran, through his appointed counsel, Alison Wallace, and respectfully gives notice of his claim of appeal to the United States Court of Appeals for the Eleventh Circuit from the sentence pronounced on April 16, 2026, in the above captioned case.

Defendant further moves this Court to allow him to appeal in forma pauperis, and to show his indigence he was allowed to proceed as such in District Court, and his financial circumstances have not improved.

Respectfully Submitted,

/s/ *Alison Wallace*
ALISON WALLACE
Attorney for the Defendant
P.O. Box 36926
Hoover, Alabama 35236
(205) 500-1667
Email: alisonatlaw@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above has been served upon the attorney for the United States on this date via CM/ECF.

/s/ *Alison Wallace*
Of Counsel

**FILED**

2026 Apr-17  PM 02:50
U.S. DISTRICT COURT
N.D. OF ALABAMA

AO 245 S (Rev. 1/98)(N.D.Ala. rev.) Sheet 1 - Judgment in a Criminal Case

# UNITED STATES DISTRICT COURT
## Northern District of Alabama

| | |
|---|---|
| **UNITED STATES OF AMERICA**    } | |
| } | |
| **v.**    } | |
| } | |
| **CK Chikong Tran**    } | **Case No.:  4:23-cr-00383-CLM-NAD-8** |
| **Defendant.**    } | |
| } | |
| } | |
| } | |

### JUDGMENT IN A CRIMINAL CASE
### (For Offenses Committed On or After November 1, 1987)

The defendant CK Chikong Tran was represented by Alison Wallace.

The defendant pled guilty to count 1.  Accordingly, the court finds the defendant guilty of the following count, involving the indicated offense:

| Title and Section | Nature of Offense | Count Number |
|---|---|---|
| 18 U.S.C. § 1341, 1343, and 1349 | FRAUDS AND SWINDLES | 1 |

As pronounced on April 16, 2026, the court sentenced the defendant as provided in pages 2 through 6 of this Judgment.  The court imposed the sentence is imposed pursuant to the Sentencing Reform Act of 1984.

The court ordered that the defendant shall pay to the United States a special assessment of $100.00, for count 1, which shall be due immediately.

The court further ordered that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this Judgment are fully paid.

**DONE** and **ORDERED** this 17th day of April, 2026.

_____
**COREY L. MAZE**
UNITED STATES DISTRICT JUDGE

13

AO 245 S (Rev. 1/98)(N.D.Ala. rev.)                    Judgment—Page 2 of 6

---

CK Chikong Tran
4:23-cr-00383-CLM-NAD-8

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **TWENTY-ONE (21) months as to Count 1.**

The court makes the following recommendations to the Bureau of Prisons:

1.  The defendant undergo medical assessment for placement with BOP.

The defendant shall surrender for service of sentence by noon on June 8, 2026 to the institution designated by the Bureau of Prisons.

AO 245 S (Rev. 1/98)(N.D.Ala. rev.)                                Judgment—Page 3 of 6

---

CK Chikong Tran
4:23-cr-00383-CLM-NAD-8

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of **36 months as to Count 1.**  The Probation Office shall provide the defendant with a copy of the standard conditions and any special conditions of supervised release.

## STANDARD CONDITIONS OF SUPERVISED RELEASE

While the defendant is on supervised release pursuant to this Judgment:

1)  You must report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of the time you were sentenced (if placed on probation) or released from custody (if supervised release is ordered), unless the probation officer instructs you to report to a different probation office or within a different time frame.

2)  After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when to report to the probation officer, and you must report to the probation officer as instructed.

3)  You must not commit another federal, state, or local crime.

4)  You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified, for the specific purpose of causing bodily injury or death to another person, such as nunchakus or tasers). Revocation of supervision is mandatory for possession of a firearm.

5)  You must not unlawfully possess a controlled substance.

6)  You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court. You must contribute to the cost of drug testing unless the probation officer determines you do not have the ability to do so. Based upon a court order entered during the period of supervision for good cause shown or resulting from a positive drug test or evidence of excessive use of alcohol, you shall be placed in the Substance Abuse Intervention Program (SAIP) (or comparable program in another district).

7)  You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer.

8)  You must follow the instructions of the probation officer related to the conditions of supervision.

9)  You must answer truthfully the questions asked by the probation officer.

10) You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must

AO 245 S (Rev. 1/98)(N.D.Ala. rev.)                    Judgment—Page 4 of 6

---

CK Chikong Tran
4:23-cr-00383-CLM-NAD-8

notify the probation officer at least 10 days before the change.  If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change. (If you have been convicted of a crime of violence or a drug trafficking offense, the probation office is responsible for complying with the notice provisions of 18 U.S.C. § 4042(b) and (c) if you change your residence.)

11)    You must allow the probation officer to visit you at any time at your home or elsewhere, and you must permit the probation officer to take any items prohibited by the conditions of your supervision that he or she observes in plain view.

12)    You must work full time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses you from doing so.  If you do not have full-time employment, you must try to find full-time employment, unless the probation officer excuses you from doing so. If you plan to change where you work or anything about your work (such as the position or the job responsibilities), you must notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.

13)    You must not communicate or interact with someone you know is engaged in criminal activity.  If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer.

14)    If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours.

15)    You must not act or make any agreement with a law enforcement agency to act as a confidential human source or informant without first getting the permission of the court.

16)    If the probation officer determines that you pose a risk to another person (including an organization), the probation officer may require you to notify the person about the risk, and you must comply with that instruction.  The probation officer may contact the person and confirm that you have notified the person about the risk.

17)    You must fully and truthfully disclose financial information as requested by the probation officer related to the conditions of supervision.  Financial information may include, but is not limited to, authorization for release of credit information, bank records, income tax returns, documentation of income and expenses, and other financial information regarding personal or business assets, debts, obligations, and/or agreements in which the defendant has a business involvement or financial interest.

18)    You must support all dependents.

AO 245 S (Rev. 1/98)(N.D.Ala. rev.)                                Judgment—Page 5 of 6

---

CK Chikong Tran
4:23-cr-00383-CLM-NAD-8

19)   You must comply with the probation office's Policies and Procedures Concerning Court-Ordered Financial Obligations to satisfy the balance of any monetary obligation resulting from the sentence imposed in the case.  Further, you must notify the probation officer of any change in your economic circumstances that might affect your ability to pay a fine, restitution, or assessment fee.  If you become more than 60 days delinquent in payments of financial obligations, you may be: (a) required to attend a financial education or employment preparation program under the administrative supervision of the probation officer; (b) placed on home detention subject to location monitoring for a maximum period of 90 days under the administrative supervision of the probation officer (and you must pay the cost of monitoring unless the probation officer determines you do not have the ability to do so); and/or (c) placed in a community corrections center for up to 180 days under the administrative supervision of the probation officer (and you must pay the cost of subsistence unless the probation officer determines you do not have the ability to do so).

AO 245 S (Rev. 1/98)(N.D.Ala. rev.)                                    Judgment—Page 6 of 6

CK Chikong Tran
4:23-cr-00383-CLM-NAD-8

### SPECIAL CONDITIONS OF SUPERVISED RELEASE

1. You must cooperate in the collection of DNA under the administrative supervision of the probation officer.
2. You must participate in a mental health treatment program under the administrative supervision of the probation officer, and you must comply with the requirements and rules of the program. You must contribute to the cost of treatment unless the probation officer determines you do not have the ability to do so.