FILED
2026 May-08  AM 11:39
U.S. DISTRICT COURT
N.D. OF ALABAMA

### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ALABAMA
### MIDDLE DIVISION

UNITED STATES OF AMERICA      )

     )

vs.      )      **4:23-CR-00383-CLM-NAD**

     )

CK CHIKONG TRAN      )

### MOTION TO WITHDRAW

COMES NOW Alison Wallace as asks the Honorable Court to allow her to withdraw as attorney for the Defendant in the above styled case on the following grounds:

1. Defendant has published false statements in a document disseminated to third parties. (attached is a copy).

2. In paragraph 5 Defendant alleges that he has made repeated efforts to communicate with me, but communication has been inadequate. The last communication with Defendant by text occurred on April 23, 2026 at 7:49 a.m. and was answered numerous times but the first answer was sent at 7:50 a.m. and continued for several minutes. The last email that I received from Mr. Tran was on April 16, 2026, and was titled "Appeal Draft". The next email received was as attached on May 7, 2026, at 10:40 p.m. There have been no phone calls or phone messages from Mr. Tran.

3. Defendant did request a copy of his plea agreement on April 16, 2026, at 11:48 p.m. Said plea agreement was emailed on April 17, 2026, at 5:18 a.m.

4.  For the foregoing reasons there has been a breakdown in the attorney client relationship.

Respectfully submitted,

/s/ Alison Wallace
Alison Wallace
P.O. Box 36926
Hoover, AL 35236
(205) 500-1667
Email: alisonatlaw@gmail.com

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the forgoing on the United States Attorney via CM/ECF on this the 8th day of May, 2026.

/s/ *Alison Wallace*
Of Counsel

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ALABAMA

United States of America,
   Plaintiff,

v. Case No. 423-cr-00383-CLM-NAD-8

CK Chikong Tran,
   Defendant.

## MOTION FOR SUBSTITUTION AND APPOINTMENT OF APPELLATE COUNSEL

COMES NOW the Defendant, Ck Chikong Tran, proceeding pro se for purposes of this motion, and respectfully moves this Court for substitution of appointed counsel and appointment of new appellate counsel pursuant to the Criminal Justice Act.

In support thereof, Defendant states as follows:

1. Defendant was sentenced in the above-captioned matter on 4/16/2026

2. Defendant timely filed a Notice of Appeal following sentencing.

3. Defendant is currently represented by court-appointed counsel, Alison Wallace.

4. Since sentencing, there has been a substantial breakdown in communication between Defendant and counsel regarding appellate representation and post-sentencing matters.

5. Defendant has made repeated efforts to communicate with counsel concerning appellate issues, case materials, and matters relevant to the appeal, but communication has been inadequate.

6. Defendant believes the attorney-client relationship has deteriorated to the point that effective appellate representation is no longer possible.

7. Defendant respectfully requests appointment of substitute appellate counsel in order to ensure adequate representation during the appellate proceedings.

WHEREFORE, Defendant respectfully requests that this Court grant this Motion for Substitution and Appointment of Appellate Counsel, relieve current counsel from further representation, appoint substitute counsel pursuant to the Criminal Justice Act, and grant such other relief as the Court deems just and proper.

Respectfully submitted,

Ck Chikong Tran
Defendant Pro Se
77 Columbia Street, APT17L
New York, NY 10002

Date: 5/7/26

Signature: _CK Tran_

**CERTIFICATE OF SERVICE**

I hereby certify that on this _7_ day of _May_, 2026, I mailed a true and correct copy of the foregoing Motion for Substitution and Appointment of Appellate Counsel to:

John M. Hundscheid
Assistant United States Attorney
john.hundscheid@usdoj.gov

Alison Wallace
Attorney at Law
alisonatlaw@gmail.com

Clerk of Court
United States Court of Appeals for the Eleventh Circuit

Signature: _CK Tran_