UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ALABAMA


UNITED STATES OF AMERICA,

v.

CK CHIKONG TRAN

Case No. 4:23-cr-00383-CLM-NAD-8


## DEFENDANT'S RESPONSE TO MOTION TO WITHDRAW

Defendant respectfully submits this response to counsel's Motion to Withdraw.

Defendant does not oppose counsel's request to withdraw. However, Defendant respectfully requests that the Court ensure that no gap in representation occurs and that substitute counsel be appointed prior to the effective withdrawal of current counsel, in order to protect Defendant's appellate rights and related deadlines.


Defendant further requests that he be provided notice of all filings going forward.


Defendant notes that any draft materials previously shared with counsel were intended solely as preliminary research or drafting assistance and were not intended for submission to the Court in final form.

Defendant seeks only to preserve continuity of representation and does not request substantive relief on the merits of the appeal in this filing.


Defendant respectfully requests that the Court grant appropriate relief consistent with continued representation.

## CERTIFICATE OF SERVICE

I certify that a copy of this filing was mailed to the United States Attorney's Office on this 17th day of April, 2026.


Respectfully submitted,
Ck ChiKong Tran
April 17, 2026