FILED
2026 May-15  AM 10:46
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA

United States of America,
    Plaintiff,

v. Case No. 423-cr-00383-CLM-NAD-8

CK Chikong Tran,
    Defendant.



FILED

2026 MAY 14  A 11: 05

U.S. DISTRICT COURT
N.D. OF ALABAMA

## MOTION FOR SUBSTITUTION AND APPOINTMENT OF APPELLATE COUNSEL

COMES NOW the Defendant, Ck Chikong Tran, proceeding pro se for purposes of this motion, and respectfully moves this Court for substitution of appointed counsel and appointment of new appellate counsel pursuant to the Criminal Justice Act.

In support thereof, Defendant states as follows:

1.  Defendant was sentenced in the above-captioned matter on 4/16/2026

2.  Defendant timely filed a Notice of Appeal following sentencing.

3.  Defendant is currently represented by court-appointed counsel, Alison Wallace.

4.  Since sentencing, there has been a substantial breakdown in communication between Defendant and counsel regarding appellate representation and post-sentencing matters.

5.  Defendant has made repeated efforts to communicate with counsel concerning appellate issues, case materials, and matters relevant to the appeal, but communication has been inadequate.

6.  Defendant believes the attorney-client relationship has deteriorated to the point that effective appellate representation is no longer possible.

7.  Defendant respectfully requests appointment of substitute appellate counsel in order to ensure adequate representation during the appellate proceedings.

WHEREFORE, Defendant respectfully requests that this Court grant this Motion for Substitution and Appointment of Appellate Counsel, relieve current counsel from further representation, appoint substitute counsel pursuant to the Criminal Justice Act, and grant such other relief as the Court deems just and proper.

Respectfully submitted,

Ck Chikong Tran
Defendant Pro Se

████████████████████

Date: 5/7/26

Signature: _____Ck Tran_____

**CERTIFICATE OF SERVICE**

I hereby certify that on this 7 day of May , 2026, I mailed a true and correct copy of the foregoing Motion for Substitution and Appointment of Appellate Counsel to:

John M. Hundscheid
Assistant United States Attorney
john.hundscheid@usdoj.gov

Alison Wallace
Attorney at Law
alisonatlaw@gmail.com

Clerk of Court
United States Court of Appeals for the Eleventh Circuit

Signature: _____Ck Tran_____