FILED
2026 May-18  AM 10:25
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA

United States of America,
    Plaintiff,

v. Case No. 4:23-cr-00383-CLM-NAD-8

CK CHIKONG TRAN,
    Defendant.



FILED

2026 MAY 15  P 2: 47

U.S. DISTRICT COURT
N.D. OF ALABAMA

## MOTION TO EXTEND VOLUNTARY SURRENDER DATE

COMES NOW Defendant CK Chikong Tran, appearing pro se for purposes of this motion, and respectfully moves this Honorable Court for an extension of the presently scheduled voluntary surrender date. In support thereof, Defendant states as follows:

1. On April 16, 2026, Defendant was sentenced by this Court and ordered to voluntarily surrender on June 8, 2026.

2. Subsequent to sentencing, counsel filed a motion to withdraw from representation. As a result, Defendant has been required to independently address post-sentencing matters, including issues relating to appellate proceedings, legal coordination, and surrender preparation.

3. Defendant respectfully requests an extension of approximately sixty (60) days, or such lesser period as this Court deems appropriate, in order to adequately:

   o organize and conclude personal and financial affairs;

   o address matters relating to appellate review and legal representation;

   o ensure proper transfer and management of records and legal materials;

   o and prepare for an orderly and compliant surrender.

4. This request is made in good faith and not for purposes of delay, obstruction, or avoidance of the Court's judgment. Defendant fully intends to comply with all conditions and surrender as directed by the Court.

5. Defendant has remained compliant throughout these proceedings and respectfully submits that the requested extension would not result in prejudice to the Government or undue burden upon the administration of justice.

WHEREFORE, Defendant respectfully requests that this Court extend the currently scheduled voluntary surrender date from June 8, 2026, to August 7, 2026, or grant such other relief as the Court deems fair and appropriate.

Respectfully submitted,

CK Chikong Tran

████████████

Pro Se for purposes of this motion.

Date: __5|11|26__

## CERTIFICATE OF SERVICE

I hereby certify that on this _11_ day of __May__, 2026, a true and correct copy of the foregoing Motion to Extend Voluntary Surrender Date was served by United States Mail upon:

**Office of the United States Attorney**
Northern District of Alabama
1801 4th Avenue North
Birmingham, AL 35203

And

**Hugo L. Black United States Courthouse**
1729 5th Avenue North
Birmingham, AL 35203

CK Chikong Tran