FILED

2026 Jun-26  PM 02:18
U.S. DISTRICT COURT
N.D. OF ALABAMA

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
## MIDDLE DIVISION

**UNITED STATES OF AMERICA,**

**v.**

**CK CHIKONG TRAN,**
      Defendant.

**Case No. 4:23-cr-383-CLM-NAD**

## ORDER

Defendant CK Chikong Tran has filed a pro se emergency motion for reconsideration or clarification of order denying stay of self-surrender pending appeal and alternative motion for temporary administrative stay (doc. 303). For the reasons stated in the court's previous order (doc. 302), the court **DENIES** Tran's motion to stay the execution of his sentence pending appeal. The court also **DENIES** Tran's motion because he is represented by counsel and has filed his motion pro se without leave of court. *See United States v. Lachance,* 817 F.2d 1491, 1498 (11th Cir. 1987) ("[T]he right to counsel and the right to proceed pro se exist in the alternative.").

As for Tran's alternative argument that the court should temporarily stay his self-surrender date because he has not been provided with a turn in location, the court finds that for all the reasons discussed during the June 26, 2026, telephone conference, Tran was informed in late May that he is to turn himself in at FCI Fort Dix Satellite Camp. Thus, the court **DENIES** Tran's request for a temporary stay.

The court **REMINDS** Tran that his self-surrender date is noon local time on June 29, 2026. So Tran must self-surrender at FCI Fort Dix Satellite Camp, 5756 Hartford &, N. Pointville Road, Fort Dix, NJ 08640 at **12:00 PM Eastern Time on Monday, June 29, 2026**.

The court **ORDERS** Tran's counsel to send him a copy of this order as soon as possible.

**DONE** and **ORDERED** on June 26, 2026.

_____
**COREY L. MAZE**
UNITED STATES DISTRICT JUDGE