FILED
2026 Nov-18 PM 03:05
U.S. DISTRICT COURT
N.D. OF ALABAMA

PROB 12B
(10/05)

# UNITED STATES DISTRICT COURT
# for the
# NORTHERN DISTRICT OF ALABAMA

## Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
(Probation Form 49, Waiver of Hearing is Attached)

| | |
|---|---|
| **Name of Offender:** | David James Park |
| **Case Number:** | 4:23CR00383-CLM-NAD-004 |
| **Name of Sentencing Judicial Officer:** | Honorable Corey L. Maze |
| **Date of Original Sentence:** | April 16, 2026 |
| **Original Offense:** | Count 1: 18 U.S.C.§ 1341, 1343, and 1349<br>Frauds and Swindles |
| **Original Sentence:** | Custody: 13 Months BOP<br>TSR: 36 months with special conditions |
| **Type of Supervision:** | Supervised Release |
| **Date Supervision Commenced:** | Client is currently in BOP Custody |

---

## Petitioning the court

☐ To extend the term of supervision for [redacted] year, for a total term of [redacted] years.
☒ To modify the conditions of supervision as follows:

Request for Modifying the
Conditions or Terms of Supervision
with consent of the Offender

Name of Offender: David James Park Docket No: 4:23CR00383-CLM-NAD-004

---

The **ADDITION** of the following special conditions has been requested by the District of Arizona prior to acceptance of the client for courtesy supervision:

7. You must submit your person, property, house, residence, vehicle, papers, or office to a search conducted by a probation officer. Failure to submit to a search may be grounds for revocation of release. You must warn any other occupants that the premises may be subject to searches pursuant to this condition.

8. You must provide the probation officer with access to any requested financial information and authorize the release of any financial information. The probation office may share financial information with the U.S. Attorney's Office.

9. You must not use or possess alcohol or alcoholic beverages.

Additionally, the following verbiage is requested for special condition 5:

5. You must participate in a mental health assessment and participate in outpatient mental health treatment as determined to be necessary by a medical or mental health professional and follow any treatment directions by the treatment provider. You must take medicine as prescribed by a medical professional providing mental health treatment, unless you object, in which event you must immediately notify the probation officer. You must contribute to the cost of treatment in an amount to be determined by the probation officer.

**CAUSE**

The District of Arizona has respectfully requested that Mr. Park's Judgement Order be modified to include these special conditions prior to their acceptance of courtesy supervision. It is noted that their acceptance of Mr. Park is contingent on this modification.

---

I declare under penalty of perjury that the foregoing is true and correct.

Request for Modifying the
Conditions or Terms of Supervision
with consent of the Offender

Name of Offender: David James Park Docket No: 4:23CR00383-CLM-NAD-004

---

Executed On 11/16/2026

/s Daniel Blake Dimick
Daniel Blake Dimick
U.S. Probation Officer
205-716-2909

Approved By /s Tyler Blake
Tyler Blake
Supervising U.S. Probation Officer

---

**THE COURT ORDERS**

☐ No Action

☐ The Extension of Supervision as Noted Above

☒ The Modification of Conditions as Noted Above

☐ Other

**Done** and **Ordered** on November 18, 2026.

**COREY L. MAZE**
UNITED STATES DISTRICT JUDGE